No. D–2016. IN RE DISBARMENT OF SMITH. Z. Hershel Smith, of Brooklyn, N. Y., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days,

requiring him to show cause why he should not be disbarred from the practice of law in this Court.